JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORRINO HOLDINGS LLC,<br><br>Plaintiff,<br><br>v.<br><br>FOURSQUARE LABS, INC.,<br><br>Defendant. | Case No. CV 18-8544-GW(JCx)<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>JURY TRIAL DEMANDED |

Plaintiff Corrino Holdings LLC ("Corrino") and Defendant Foursquare Labs, Inc. ("Foursquare") (collectively, the "Parties"), through their attorneys of record, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), filed a joint stipulation of dismissal with prejudice ("Stipulation").  Having considered this Stipulation, and finding that good cause exists, the Court hereby **GRANTS** the Stipulation and **ORDERS** as follows:

(1) this action and Corrino's claims for relief that were asserted against Foursquare in this case are hereby dismissed with prejudice; and

(2) each party will bear its own costs, expenses, and attorneys' fees incurred in connection with this case.

**IT IS SO ORDERED.**

Dated: February 12, 2019

_____
Honorable George H. Wu
United States District Judge